# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN WENDELL CHRISTOPHER, | : | No. 3:17cv2272 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Chief Magistrate Judge Schwab) |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of Social | : | |
| Security, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 28th day of March 2019, it is **HEREBY ORDERED** as follows:

1. The plaintiff's objections to the Report and Recommendation (Doc. 19) are **OVERRULED**;

2. The Report and Recommendation of Chief Magistrate Judge Schwab (Doc. 18) is **ADOPTED**;

3. The Commissioner's decision denying the plaintiff's claim for disability benefits is **AFFIRMED**;

4. The Clerk of Court is directed to enter **JUDGMENT** in favor of the defendant and against the plaintiff;

5. The Clerk of Court is directed to **CLOSE** this case.

                    **BY THE COURT:**

                    **s/ James M. Munley**
                    **JUDGE JAMES M. MUNLEY**
                    **United States District Court**